

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2019

No. 04-19-00399-CR

Kurt Wayne **LOPER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 566384
Honorable Wayne A. Christian, Judge Presiding

# O R D E R

The clerk's record in this appeal was filed on July 31, 2019. Because the clerk's record did not contain the charging instrument referred to in the judgment of conviction, this court ordered that the trial court clerk file a supplemental record containing the charging instrument. The trial court clerk filed a supplemental record containing a letter from the trial court clerk. The letter stated there were no criminal records matching the request.

We take judicial notice that appellant filed a prior appeal from the trial court proceedings. This court dismissed appellant's first appeal. The clerk's record in that appeal contains the charging instrument in this case. We therefore **ORDER** the clerk of this court to transfer a copy of the clerk's record filed on February 20, 2019, in the first appeal, cause number 04-19-00063-CR, to this appeal.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2019.



KEITH E. HOTTLE,
Clerk of Court